LNE 8.21.24
SES: USAO 2023R00760

**SEALED**

\_\_\_\_ FILED     \_\_\_\_ ENTERED
\_\_\_\_ LOGGED   \_\_\_\_ RECEIVED

AUG 2 2 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY \_\_\_\_\_CB\_\_\_\_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| v. | * | CRIMINAL NO. MJM 24 cr 252 |
| **GINO GELORMINO,** | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Unlawful Possession of Machinegun, 18 U.S.C. § 922(o); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c) |
| Defendant. | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about April 11, 2024, in the District of Maryland, the Defendant,

**GINO GELORMINO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit, (1) one 5.56 caliber privately manufactured pistol bearing no serial number (2) two Polymer 80 model PF940C 9mm caliber pistols bearing no serial number (3) one 9mm caliber privately manufactured pistol bearing no serial number (4) one Polymer 80 model PF940V2 9mm caliber pistol bearing no serial number and (5) one privately manufactured receiver bearing no serial number, as well as approximately 1,258 cartridges of assorted ammunition, and that the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO

### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about April 11, 2024, in the District of Maryland, the defendant,

### GINO GELORMINO,

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. § 5845(b); that is, one 3D printed machine gun conversion device, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under the offenses charged in Count One and Two of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One and Two of this Indictment, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s), including but not limited to:

   a. a 5.56 caliber privately manufactured pistol bearing no serial number with an Eotech optic, flashlight, and brace attached thereto;

   b. a 9mm caliber privately manufactured pistol bearing no serial number with a Surefire X300 V-B weapon-mounted light attached thereto;

   c. a privately manufactured receiver bearing no serial number;

   d. a 3D-printed machinegun conversion device; and

   e. approximately 1,258 rounds of assorted ammunition seized from 95 Chapeltowne Circle, Nottingham, Maryland on or about April 11, 2024.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

3

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*/s/ Erek L. Barron*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

8/22/2024
Date